IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARYL COOK | : CIVIL ACTION |
| v. | : |
| BRIAN Y. COLEMAN | : NO. 12-1406 |

## ORDER

AND NOW, this **25th** day of **June**, 2012, upon consideration of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DISMISSED, without prejudice, for failure to exhaust state court remedies;

3. A certificate of appealability shall not issue in that a reasonable jurist could not conclude the Court is incorrect in dismissing the habeas petition without prejudice.

BY THE COURT:

_____
HARVEY BARTLE III, J.